David M. Cook (7043)
Attorney for the Debtors
716 East 4500 South, Ste. N 240
Salt Lake City, UT 84107
Phone: (801) 264-0699
E-mail: cook@utlawyer.net

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE: Christopher Bates, Kristal Bates, Debtors. | Bankruptcy No. 24-23211 Chapter 13 Hon. Joel T. Marker |
|---|---|

**NOTICE OF PRE-CONFIRMATION AMENDED CHAPTER 13 PLAN
AND NOTICE OF OPPORTUNITY TO OBJECT**
**(Objection Deadline: November 14, 2024)**
**(Hearing Date: December 5, 2024)**

  **PLEASE TAKE NOTICE** that the above-referenced Debtors, have filed with the United States Bankruptcy Court for the District of Utah, an Amended Chapter 13 Plan, dated October 18, 2024, under 11 U.S.C. § 1323. The Amended Plan will supercede any Plan you may have previously received from the Debtors.

  **YOUR RIGHTS MAY BE AFFECTED. You should review these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you disagree with the terms of the Amended Plan stated herein, you or your attorney must file with the Bankruptcy Court a written objection before the deadline stated above. In the absence of a timely written objection, the Court may grant the requested relief and confirm the Amended Plan without further notice or hearing.**

  The most recently filed plan is hereby modified as follows:

| Plan Part No. | Previously Filed Plan Provision | Plan As Modified |
|---|---|---|
| 2.1 | Debtors will make regular payments to the Trustee as follows:<br>$625.00 per month for 60 months | Debtors will make regular payments to the Trustee as follows:<br>$625.00 per month for 3 months<br>$200.00 per month for 6 months<br>$1,032.00 per month for 51 months |
| 3.1 | Creditor: Midland Mortgage<br>Collateral: 827 N. 680 W., Tooele, UT<br>Installment: $1,600.00 | Creditor: Midland Mortgage<br>Collateral: 827 N. 680 W., Tooele, UT<br>Installment: $1,600.00 |

| | | |
|---|---|---|
| 3.1 Cont'd | Arrearage: $0.00<br>Interest on Arrearage: 0.00% Monthly Payment: Prorata<br>Est Total Payments by Trustee: $0.00 | Arrearage: $5,328.65<br>Interest on Arrearage: 0.00% Monthly Payment: Prorata<br>Est Total Payments by Trustee: $5,328.65<br><br>Creditor: U.S. Department of HUD<br>Collateral: 827 N. 690 W., Tooele<br>Installment: $0.00<br>Arrearage: $0.00<br>Interest Rate: 0.00%<br>Monthly Payment: Prorata<br>Est Total Payments by Trustee: $0.00 |
| 3.3 | Creditor: APG Financial<br>Collateral: 2016 Nissan Pathfinder<br>Amt of Claim: $13,000.00<br>Interest Rate: 9.0%<br>Monthly Payment $572.00 by Debtors<br>Est Total Payments by Trustee: $0.00 | - NONE -<br>MOVED TO 6.1 |
| 5.1 | Nonpriority unsecured claims not separately classified will be paid pro rata the sum of $30,000.00 | Nonpriority unsecured claims not separately classified will be paid 100%, an estimated amount of $41,013.37 |
| 6.1 | Executory Contracts and Unexpired Leases: None | Creditor: APG Financial<br>Leased Property: 2016 Nissan Pathfinder<br>Installment: $526.00 by Debtor<br>Arrearage: $0.00<br>Est Total Payments by Trustee: $0.00 |

The above is a summary of the amended changes.  Parties are advised to review the filed plan to determine if any further changes apply to them.

If you do not want the Court to grant confirmation of the Amended Plan, then you **must** timely take both of the following actions:

1. On or before **November 14, 2024**, you or your lawyer must file with the bankruptcy court at the following address a written objection explaining your position to the Amended Plan:

   United States Bankruptcy Court
   350 South Main Street, Room 301
   Salt Lake City, UT 84101

   If you mail your objection, it must be mailed early enough so that the court will **receive** it on or before **November 14, 2024**

2. Attend a hearing on the matter which is set for **December 5, 2024, at 10:30 a.m.** before the Honorable Joel T. Marker.  This hearing will be held by Zoom.  Parties should log in to Zoom at www.zoomgov.com at least ten (10) minutes before the scheduled time for the hearing.  The Meeting ID and Passcode for the Honorable Joel T. Marker is as follows:    **Meeting ID: 161 5478 8875: Passcode: 3834658**
   Parties who wish to participate in the hearing should consult the Bankruptcy Court's

website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding virtual participation at a hearing. **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose confirmation of the Amended Plan and may enter an order granting confirmation without a hearing. In the absence of a timely filed objection, the Bankruptcy Court may strike the hearing and enter an order confirming the Amended Plan.

Dated this October 19, 2024.

/s/   David M. Cook
Attorney for the Debtors

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on October 19, 2024, I electronically filed the foregoing **Notice of Pre-confirmation Amended Chapter 13 Plan and Notice of Opportunity to Object AND THE AMENDED PLAN** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

Lon A. Jenkins            U.S. Trustee
Chapter 13 Trustee        Via ECF
Via ECF

**CERTIFICATE OF SERVICE –MAIL, OTHER**

I hereby certify that on October 19, 2024, I caused to be served a true and correct copy of the foregoing **Notice of Pre-confirmation Amended Chapter 13 Plan and Notice of Opportunity to Object AND THE AMENDED PLAN** as follows:

__X__ Mail Service to Entire Matrix – By regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated October 19, 2024, attached hereto.

/s/   Nora Cook

```
Label Matrix for local noticing          (p)APS FINANCIAL INC                    Afni, Inc.
1088-2                                   P O BOX 572040                          Attn: Bankruptcy
Case 24-23211                            MURRAY UT 84157-2040                    Po Box 3427
District of Utah                                                                 Bloomington, IL 61702-3427
Salt Lake City
Sat Oct 19 13:25:28 MDT 2024

Aldous & Associates, PLLC                Amp Smart Security                      Ancient Wisdom Marketing
PO Box 17374                             3450 Triumph Blvd Suite 100             Affinity Park, Europa Drive
Salt Lake City, UT 84117-0374            Lehi, UT 84043-6197                     SHEFFIELD England S9 1XT


Anju Jewelry                             Ashley Funding Services, LLC            Bailey Inc
75 John Portman Blvd. STE 6S349          Resurgent Capital Services              5392 Peggy Lane
Atlanta, GA 30303-4001                   PO Box 10587                            West Valley City, UT 84120-4739
                                         Greenville, SC 29603-0587


Christopher Jay Bates                    Kristal Bethany Bates                   Darwin H. Bingham
827 N 680 W                              827 N 680 W                             Scalley Reading Bates Hansen & Rasmussen
Tooele, UT 84074-1393                    Tooele, UT 84074-1393                   15 West South Temple, Suite 600
                                                                                 Salt Lake City, UT 84101-1536


Bonneville Billing and Collections, Inc  Bonneville Family Practice              Bradley N. Mumford
P.O. Box 150621                          P.O. Box 14099                          OLSON & HOGAN
Ogden, UT 84415-0621                     Belfast, ME 04915-4034                  P.O. Box 525
                                                                                 Logan, UT 84323-0525


Canature Lover                           Capital One                             Capital One N.A.
7361 Ethel Ave, Unit 5                   Attn: Bankruptcy                        by AIS InfoSource LP as agent
North Hollywood, CA 91605-7236           Po Box 30285                            PO Box 71083
                                         Salt Lake City, UT 84130-0285           Charlotte, NC 28272-1083


Chartway Fcu                             Chartway Federal Credit Union           Cherrington Firm
Attn: Bankruptcy                         c/o Darwin H. Bingham, Scalley Reading  746 East 1910 South Ste. 3
5700 Cleveland Street                    15 West South Temple, Suite 600         Provo, UT 84606-6225
Virginia Beach, VA 23462-1752            Salt Lake City, Utah 84101-1536


Clark County Collection Service          David M. Cook                           Credit Collection Services
8860 West Sunset Road                    Law Office of David Cook                Attn: Bankruptcy
Suite 100                                716 E. 4500 South                       725 Canton St
Las Vegas, NV 89148-4899                 Suite N240                              Norwood, MA 02062-2679
                                         Salt Lake City, UT 84107-3619


Cyprus Cu                                Dollar Loan Center                      Dollar Loan Center
Po Box 9002                              1789 W. 7800 S.                         2210 W 3500 S
West Jordan, UT 84084-9002               West Jordan, UT 84088-4017              West Valley City, Utah 84119-3451


Dominion Energy                          Express Recovery Services               Express Recovery Services, Inc.
333 S State St                           P.O. Box 25727                          Attn: Bankruptcy
Salt Lake City, UT 84111-2302            Salt Lake City, UT 84125-0727           2790 Decker Lake Dr
                                                                                 West Valley City, UT 84119-2057
```

| | | |
|---|---|---|
| Faire Wholesale<br>100 Potrero Avenue<br>San Francisco, CA 94103-4813 | First Choice Money Center<br>8261 West 3500 South<br>Magna, UT 84044-1851 | Halliday, Watkins & Mann<br>376 East 400 SOuth, Suite 300<br>Salt Lake City, UT 84111-2906 |
| IRS<br>Bankruptcy Unit<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lon Jenkins tr<br>Ch. 13 Trustee's Office<br>465 South 400 East<br>Suite 200<br>Salt Lake City, UT 84111-3345 | John Douglas MD<br>2321 N. 400 E, #300<br>Tooele, UT 84074-3440 |
| Kaylee NYC<br>7908 16th Ave<br>Brooklyn, NY 11214-1602 | Kevin P. Sullivan<br>Jensen and Sullivan<br>P.O. Box 150612<br>Ogden, UT 84415-0612 | (p)LABORATORY CORPORATION OF AMERICA<br>ATTN GOVERNMENT AUDITS<br>PO BOX 2270<br>BURLINGTON NC 27216-2270 |
| Hillary R. McCormack<br>Halliday, Watkins & Mann, P.C.<br>8851 South Sandy Parkway, Suite 200<br>Sandy, UT 84070-6464 | Meade Recovery Services LLC<br>P.O. Box 352<br>Logan, UT 84323-0352 | MidFirst Bank<br>999 NorthWest Grand Blvd.<br>Oklahoma City, OK 73118-6051 |
| Mountain West Family Group<br>777 N Main St<br>Tooele, UT 84074-1611 | Mountain West Medical Center<br>2055 North Main Street<br>Tooele, UT 84074-9819 | Mountain West Medical Group Family Medic<br>777 N Main St<br>Tooele, UT 84074-1611 |
| NAR<br>c/o Randolph Chip G. Shaner, Jr<br>1600 West 2200 South, Suite 100<br>Salt Lake City, UT 84119-7204 | Olliix<br>550 North Port Parkway<br>Savannah, GA 31407-9286 | Olson & Hoggan, LLC<br>130 S Mail, #200<br>PO Box 525<br>Logan, UT 84323-0525 |
| Progressive Insurance<br>PO Box 31260<br>Tampa, FL 33631-3260 | (p)QUESTAR GAS DBA ENBRIDGE GAS UTAH<br>ATTN BANKRUPTCY DNR 132<br>PO BOX 3194<br>SALT LAKE CITY UT 84110-3194 | R1 Medical Financial Solutions<br>P.O. Box 1259<br>Oaks, PA 19456-1259 |
| Recivable Management Services. LLC<br>Attn: Bankruptcy<br>240 Emery Street<br>Bethlehem, PA 18015-1980 | Red Key Property Management & Real Estat<br>772 N Main St., Ste 400<br>Tooele, UT 84074-1612 | Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City, UT 84125-0308 |
| Rosewood Dental Associates<br>181 W Vine St<br>Tooele, UT 84074-2083 | Springville Dermatology<br>732 N Main Street<br>Springville, UT 84663-1034 | Sprint<br>Attn.: Bankruptcy Department<br>PO Box 7949<br>Overland Park, KS 66207-0949 |
| Sprinville Dermatology<br>P.O. Box 31001-2649<br>Pasadena, CA 91110-2649 | Square Financial Services<br>c/o RMS<br>PO Box 5007<br>Fogelsville PA 18051-5007 | Square Up<br>1455 Market Street, Suite 600<br>San Francisco, CA 94103-1332 |

Third District Court
Case No. 220301186
74 S. 100 East, Suite 14
Tooele, UT 84074-2117

Third District Court
Case No. 220301186, 220300077
74 S. 100 East, Suite 14
Tooele, UT 84074-2117

Third District Court
Case No. 230300949 - Debt Collection
74 S. 100 East, Suite 14
Tooele, UT 84074-2117

Third District Court
Case No. 240300359
74 S. 100 East, Suite 14
Tooele, UT 84074-2117

Third District Court
Case No. 140300075
74 S. 100 East, Suite 14
Tooele, UT 84074-2117

Third District Court - Small Claims
Case No. 248000017
74 S. 100 East, Suite 14
Tooele, UT 84074-2117

Tooele Clinic Corp
P.O. Box 14000
Belfast, ME 04915-4033

Tooele County School District
92 Lodestone Way
Tooele, UT 84074-8050

Tooele Dermatology
2321 N 400 E Suite #200
Tooele, UT 84074-3440

Tooele Medical Group Family Medicine
P.O. Box 19055
Belfast, ME 04915-4085

Tooele Orth and Sports Med
P.O. Box 663
Riverton, UT 84065-0663

Transworld System
500 Virginia Drive, Suite 514
Fort Washington, PA 19034-2733

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
OFFICE OF COUNSEL REGION VIII
1670 BROADWAY 25TH FLOOR
DENVER CO 80202-4806

UFirst CU - Judgment
R/A Jack Buttars
3450 S HIGHLAND DR, 3RD FLOOR
Salt Lake City, UT 84106-3358

USTC
210 N 1950 W
Salt Lake City, UT 84134-9000

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Urgent Care of Tooele
1244 North Main
Suite 201
Tooele, UT 84074-9839

Vasa Fitness
7990 South 1300 East
Sandy, UT 84094-0744

Venmo / Paypal
Attention: Legal Department
2211 North First Street
San Jose, CA 95131-2021

Willowbrook Dental
181 W. Vine St., Suite B
Tooele, UT 84074-2084

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

APG Financial
P.O. Box 572040
Murray, UT 84157

Laboratory Corp of America
P.O. Box 2240
Burlington, NC 27216-2240

Questar Gas Company DBA Enbridge Gas Utah
Bankruptcy/DNR 132
1140 West 200 South
PO Box 3194
Salt Lake City UT 84110

U.S. Department of HUD
1670 Broadway 25th Floor
Denver, CO 80202

(d)U.S. Department of Housing and Urban Devel
1670 Broadway 25th Floor
Denver, CO 80202-4801

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Chartway Federal Credit Union | (u)Gemini Moon Magic<br>12450 Magnolia Blvd<br>P.O. Box 3841<br>RETURNED MAIL--99999 | (u)MidFirst Bank |
| (u)Mountain West Family Practice<br>1929 N Aaron Drive, Ste 1<br>RETURNED MAIL--99999 | (u)Only Crystals Remain<br>5610 N Gates Ave, #163<br>RETURNED MAIL--99999 | (u)The Psychic Tree<br>Unit 8 Chapel Park, Stadium Way<br>Sittingbourne, Kent, GBR, ME10 3RW |
| (d)Third District Court<br>Case No. 220301186<br>74 S. 100 East, Suite 14<br>Tooele, UT 84074-2117 | End of Label Matrix<br>Mailable recipients   79<br>Bypassed recipients    7<br>Total                 86 | |